IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PAUL CHAISON | ) |
| | ) |
| v. | ) NO. 3:09-0563 |
| | ) JUDGE CAMPBELL |
| JASON HEAD | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 40), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 30) is GRANTED, and this action is DISMISSED.

The pretrial conference set for September 3, 2010, and the trial set for September 14, 2010, are canceled. Any pending motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE